IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QUENTIN JOHNSON,** | : |
|     Petitioner, | : |
| | :   CIVIL ACTION |
|     v. | : |
| | :   NO. 12-2380 |
| **KENNETH CAMERON, et al.,** | : |
|     Respondents. | : |

## ORDER

**AND NOW**, this _____day of January, 2014, upon consideration of Magistrate Judge David R. Strawbridge's Report and Recommendation (Doc. 14), and Petitioner's Objection in response thereto (Doc. 18), **IT IS HEREBY ORDERED AND DECREED** that the Report and Recommendation is **APPROVED** and **ADOPTED**. Petitioner's petition for a writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability shall **NOT ISSUE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

                                                                                **BY THE COURT:**

                                                                                /s/ Petrese B. Tucker
                                                               _____

                                                             **Hon. Petrese B. Tucker, C.J.**